# Court of Appeals
# of the State of Georgia

ATLANTA,   September 11, 2015   

*The Court of Appeals hereby passes the following order:*

**A15I0272. BRODERICK COLE v. THE STATE.**

Broderick Cole, who was charged with driving under the influence, is being prosecuted in the Municipal Court of Eatonton. Cole filed a motion to suppress, which the municipal court denied. The municipal court issued a certificate of immediate review, and Cole filed this application for interlocutory appeal.

As a general rule, the ruling of a municipal court must be appealed – either directly or by certiorari – to the superior court.  See OCGA § 5-4-3 (petition for certiorari to superior court); OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court); see also *Willard v. City of Eatonton*, 104 Ga. App. 471 (121 SE2d 924) (1961) (defendant convicted of traffic offense in Eatonton Police Court petitioned for certiorari in superior court).  If the party is then aggrieved by the decision of the superior court, an application for discretionary appeal may be filed in this Court.  See OCGA § 5-6-35 (a) (1).

There is, however, no provision of law permitting interlocutory review from a municipal court ruling. See *Driver v. State*, 198 Ga. App. 643 (402 SE2d 524) (1991) (no right to appeal to superior court from interlocutory ruling of probate court). Accordingly, this application for interlocutory appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___09/11/2015___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*